# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONTINENTAL CASUALTY COMPANY,** | **CIVIL ACTION** |
| Plaintiff, | |
| v. | No. 17-4183 |
| **PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,** | |
| Defendant. | |

## ORDER

**AND NOW**, this 12th day of March, 2021, following a bench trial, and upon consideration of the parties' post-trial submissions (Doc. Nos. 100, 101, 102), it is hereby **ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendant Penn National Mutual Casualty Insurance Company and against Plaintiff Continental Casualty Company as set forth in the accompanying Memorandum Opinion.

It is **FURTHER ORDERED**, upon consideration of Plaintiff's Motion to Strike (Doc. No. 103) and Defendant's Response (Doc. No. 104), that the Motion is **DENIED AS MOOT** as set forth in the accompanying Memorandum Opinion.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**